# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:18-CV-00108 |
| Plaintiff. | (Judge Brann) |
| v. | |
| KATY L. MCCASLIN, | |
| Defendant. | |

## MEMORANDUM OPINION

### JUNE 5, 2018

**<u>FINDINGS:</u>**

1. On January 15, 2018, Plaintiff, the United States of America, filed its Complaint in this action against the Defendant, Katy L. McCaslin. ECF No. 1;

2. Service of the operative Summons and Complaint was made upon the Defendant pursuant to Court Order by posting of original process on the most public part of the property, ECF No. 6;

3. The Defendant has failed to timely answer Plaintiff's Complaint;

4. On April 27, 2018, the Clerk of Court entered Default as to the Defendant. ECF No. 11;

5. On April 27, 2018, Plaintiff moved for entry of Default Judgment as to the claims advanced in its Complaint against the Defendants. ECF No. 8;

6. The Defendant has failed to make an appearance in this action;

7. Plaintiff's claim is for $ 108,933.42 plus interest accruing upon the unpaid balance at a daily rate of $ 10.23 due on a January 31, 2011 loan from the United States Department of Agriculture in the principal amount of $100,872.00, ECF No. 1 at 1-3;

8. Accordingly, Plaintiff's claim "is for a sum certain or a sum that can be made certain by computation" as contemplated by Federal Rule of Civil Procedure 55(b)(1);

9. Counsel for Plaintiff swears that, upon reasonable investigation, the Defendant is not believed to be presently in the military service of the United States. ECF No. 10;

10. On May 10, 2018, this Court issued a Notice and Order to Show Cause, ECF No. 12, directing as follows:

    > **IT IS HEREBY ORDERED** that the Defendant, within twenty-one (21) days of this Notice and Order to Show Cause and no later than **May 31, 2018 at 5:00 p.m.**, shall **SHOW CAUSE** as to why this Court should not grant Plaintiff's Motion for Default Judgment. In the event that the Defendant fails to show cause, the Defendant is **NOTICED** that this Court will grant Plaintiff's Motion for Default Judgment in full and will immediately award Plaintiff the entirety of the relief it seeks.

11. In that same Order, the Court further directed the Plaintiff to serve a copy of this Order on Defendant by posting on the property to be foreclosed and

through regular and certified mail to the Defendant's last known addresses at:

> 85 Locust Street
> Beech Creek, PA 16822
>
> P.O. Box 436
> Blanchard, PA 16826-0436
>
> P.O. Box 1305
> Clearfield, PA 16830-5305

12. Plaintiff served a copy of the Notice and Order to Show Cause as directed. ECF No. 13;

13. As of today's date, no response has been received from Defendant.

**CONCLUSION:**

Plaintiff, the **UNITED STATES OF AMERICA**, is entitled to the entry of default judgment, as Defendant Katy L. McCaslin has failed to show cause and waspreviously noticed that this Court would grant Plaintiff's Motion for Default Judgment in full and immediately award Plaintiff the entirety of the relief it seeks in the event of such failure. Accordingly, Plaintiff's Motion for Default Judgment, ECF No. 8, is **GRANTED**. An appropriate Order shall issue.

                   BY THE COURT:

                   *s/ Matthew W. Brann*
                   Matthew W. Brann
                   United States District Judge